**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Claudia RODRIGUEZ–LARRAIN, also known as Claudia Solomon, Defendant–Appellant.**

**No. 15–1921.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 22, 2015.

Filed: Oct. 2, 2015.

of Arkansas.

Mark W. Webb, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Jose Alfaro, Assistant, Federal Public Defender's Office, Fayetteville, AR, for Defendant–Appellant.

Claudia Rodriguez–Larrain, Greenville, IL, pro se.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Claudia Rodriguez–Larrain directly appeals after she pled guilty to a loan-fraud offense, and the district court [1] sentenced her to a term of imprisonment below the calculated Guidelines range followed by a term of supervised release at the top of the advisory and statutory ranges. Her counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the term of supervised release is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir.2009) (en banc); *see also Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.

---

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.